Sadie Smith, appellant, v. West Side Trust and Savings Bank,
appellee. Gen. No. 36,661.

Opinion filed November 21, 1933.

Hyman Soboroff, for appellant. John M. Lee and Earl V. Brown, for appellee.

Mr. Justice Gridley delivered the opinion of the court.